IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CONRAAD L. HOEVER,

    Plaintiff,

v.                                     CASE NO. 5:11-cv-254-MP-GRJ

EDWIN BUSS, et al,

    Defendants.

_____/

## ORDER

This matter is before the court on Plaintiff's Motion For Appointment of Counsel. (Doc. 13.)  The appointment of counsel in civil cases is not a constitutional right; rather, it is "a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner."  Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987); Bass v. Perrin, 170 F.3d 1712, 1720 (11th Cir. 1999).

Upon reviewing the pleadings in this action, the Court finds that there are no exceptional circumstances to merit the appointment of counsel at this time. The difficulties presented to the *pro se* Plaintiff are typical of those faced by other incarcerated litigants, and the facts of this case are not complex.  Plaintiff's motion will thus be denied without prejudice.  Denial of this motion does not preclude Plaintiff from raising this issue in the future for further consideration.

Plaintiff has also filed a Motion For Extension Of Time (Doc. 12) seeking an extension of time within which to file his Second Amended Complaint.  This Court recently entered an order giving Plaintiff until February 24, 2012 to file his Second Amended Complaint.  (Doc. 11.)  Plaintiff states he is currently housed in disciplinary

confinement and has been informed he may soon be transferred to another correctional institution, which will make it difficult for him to meet the February 24, 2012 deadline to file his Second Amended Complaint.

Accordingly, it is **ORDERED**:

(1) Plaintiff's Motion For Appointment Of Counsel (Doc. 13) is **DENIED** without prejudice.

(2) Plaintiff's Motion For Extension Of Time (Doc. 12) is **GRANTED**.  Plaintiff shall file his Second Amended Complaint on or before **March 23, 2012. No further extensions will be granted.**

(3) Failure to comply with this Order in the allotted time will result in a recommendation to the district judge that this cause be dismissed.

**DONE AND ORDERED** this 14st day of February 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge