IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CONRAAD L. HOEVER,

    Plaintiff,

v.                                        CASE NO. 5:11-cv-254-MP-GRJ

KENNETH S. TUCKER, et al,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc 21, three summonses returned unexecuted. The summons for Defendant J. Tripp, Jr. was returned with a notation that Defendant Joe Tripp, Jr. is now employed at Northwest Florida Reception Center, while the summons for Defendant W. Summers reflected Defendant Addison Summers is now employed at Wakulla Correctional Institution. The summons for Defendant H. Parker was returned with a notation that Defendant Harold Parker is no longer employed by the Florida Department of Corrections. Because Defendant H. Parker remains to be served, the Court will direct the Florida Department of Corrections to notify the Court whether there is a forwarding address for Defendant Harold Parker and, if so, to provide that address in confidence to the United States Marshal Service. Similarly, the Court will also order Defendant Joe Tripp, Jr. be served at Northwest Florida Reception Center and Defendant Addison Summers be served at Wakulla Correctional Institution.

Accordingly, it is hereby **ORDERED:**

    1.    The Clerk shall issue summonses for Defendants Joe Tripp, Jr., Addison Summers and Harold Parker indicating each Defendant has 60 days in

which to file a response to the complaint.

2. The **Clerk** shall send the summons for Defendant Harold Parker, a copy of this order, and a copy of the Second Amended Complaint (Doc. 16), to Alexandria Walters, Assistant General Counsel for the Department of Corrections, 501 S. Calhoun Street, Tallahassee, FL 32399-2500.

3. The Office of the General Counsel for the Department of Corrections shall have **thirty (30) days** from the date of this Order within which to: (1) inform the USMS office in Gainesville in confidence of the last known address of Defendant Harold Parker; or (2) enter an appearance on behalf of Defendant Harold Parker; or (3) advise the Court that neither alternative is possible.  If the address is provided to the USMS, the Assistant General Counsel shall file an appropriate notice with the Court. **In such event, the Assistant General Counsel shall also forward to the USMS the copy of this order, the summons, and the service copy of the complaint.  The USMS shall protect the confidentiality of any address provided by the Department of Corrections as required by Florida law, and shall not disclose any such information on any document filed with the Court.**  Upon the filing of such notice, the Court will issue further instructions for service of process.

4. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Christon Holley** is specially appointed to serve process upon Defendant **Joe Tripp, Jr.** at the Northwest Florida Reception Center, a facility within the Florida Department of Corrections.  In the absence of **Christon Holley,** the specially appointed process server designated above, **Lori English** is designated as an alternate server and shall comply with this Order as though issued in her name.

5. The Clerk shall refer the summons prepared for Joe Tripp, Jr. to the United States Marshal, along with a copy of Plaintiff's Second Amended Complaint (Doc. 16) and this Order.

6. **Within 10 days** from the date of entry of this Order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the Second Amended Complaint, a summons, and this Order upon Defendant Joe Tripp, Jr.  Service shall be accomplished **by mailing these documents by regular mail to the above named special process server who shall serve the Complaint.**  All costs of service shall be advanced by the United States.

7. **Within 10 days** after receipt of the complaint and this order, **Christon Holley** shall **serve the Second Amended Complaint upon Joe Tripp, Jr., complete** and **sign** the return of service, and **return** it to the <u>Clerk of Court</u> as proof of service.  **Defendant Joe Tripp, Jr. shall also sign the return of service as an acknowledgment of receipt of service**.

8. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Clarence Chason** is specially appointed to serve process upon Defendant **Addison Summers** at the Wakulla Correctional Institution, a facility within the Florida Department of Corrections.  In the absence of **Clarence Chason,** the specially appointed process server designated above, **Judith Creese** is designated as an alternate server and shall comply with this Order as though issued in her name.

9. The Clerk shall refer the summons prepared for Addison Summers to the United States Marshal, along with a copy of Plaintiff's Second Amended Complaint (Doc. 16) and this Order.

10. **Within 10 days** from the date of entry of this Order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the Second Amended Complaint, a summons, and this Order upon Defendant Addison Summers.  Service shall be accomplished **by mailing these documents by regular mail to the above named special process server who shall serve the Complaint.**  All costs of service shall be advanced by the United States.

11. **Within 10 days** after receipt of the complaint and this order, **Clarence Chason** shall **serve the Second Amended Complaint upon Addison Summers, complete** and **sign** the return of service, and **return** it to the Clerk of Court as proof of service.  **Defendant Addison Summers shall also sign the return of service as an acknowledgment of receipt of service**.

**DONE AND ORDERED** this 16th day of April 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge