IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CONRAAD L. HOEVER,

    Plaintiff,

v.                                                CASE NO. 5:11-cv-254-MP-GRJ

KENNETH S. TUCKER, et al.,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc. 27, the Florida Department of Corrections Notice advising the Court that the forwarding address for Defendant Harold Parker has been provided in confidence to the United States Marshals Service ("USMS"), pursuant to the Court's Order, Doc. 22.

Accordingly, it is hereby **ORDERED**:

1.     The **Clerk** shall prepare a summons, a USM-285 form and NUSM-1 waiver of service form for Defendant Harold Parker and forward the prepared summons, the USM-285 form and NUSM-1 waiver of service form, along with a service copy of the Complaint, to the USMS.

2.     Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the USMS shall send the prepared summons, USM-285 form, NUSM-1 waiver of service form, the service copy of the Complaint, a copy of this Order, and a prepaid means for returning the signed waiver of service to Defendant Harold Parker through first class mail to the address provided to the USMS by the Florida Department of Corrections. The USMS shall mail the forms to Defendant Harold Parker as soon as possible so that service or waiver of service can be completed within 120 days from the date of entry of this order on the docket.

3.     **If after thirty (30) days from the mailing of the waiver of service forms and the complaint Defendant Harold Parker has not returned the**

       **waiver of service form, the USMS shall personally serve Defendant Harold Parker pursuant to Rule 4(e) of the Federal Rules of Civil Procedure.**  Upon completion of service, the USMS shall file with the clerk the return and a written statement of all costs incurred of making such personal service.

4. The clerk shall refer this file to the undersigned if the waiver form is returned for insufficient address or for similar reason, if service on Defendant Harold Parker is returned unexecuted, or if the USMS has filed a statement of costs incurred for making personal service.

5. Defendant Harold Parker shall have **sixty (60) days after service** in which to file a response to the complaint.

6. No motion for summary judgment shall be filed by any party prior to entry of an initial scheduling order without permission of the court.

**DONE AND ORDERED** this 11th day of May 2012.

                            *s/Gary R. Jones*
                            GARY R. JONES
                            United States Magistrate Judge