IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CONRAAD L. HOEVER,

    Plaintiff,

v.                                            CASE NO. 5:11-cv-254-MP-GRJ

KENNETH S. TUCKER, et al,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc. 32, an unexecuted summons for Defendant Harold Parker.  The Florida Department of Corrections previously provided a Notice to the Court that the forwarding address for Defendant Harold Parker had been provided in confidence to the United States Marshals Service ("USMS").  (Doc. 27.) The Court then ordered the USMS to personally serve Parker at the address provided in the Notice.  (Doc. 28.)  The USMS attempted to personally serve Parker at this address, but Parker no longer lives at the address.  (Doc. 32.)

Despite being granted permission to proceed as a pauper in this case, Plaintiff is ultimately responsible for serving Defendant Harold Parker.  Accordingly, the Court shall grant Plaintiff an opportunity to provide an address for Defendant Harold Parker to the Clerk of Court.  Plaintiff is warned, however, pursuant to Fed. R. Civ. P. 4(m) "if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after

notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or order that service be made within a specified time."

Accordingly, it is hereby **ORDERED:**

1. Plaintiff shall provide an address for Defendant Harold Parker to the Clerk of Court **on or before June 25, 2012.**

2. Failure to comply with this order will result in a recommendation to the district judge that Defendant Harold Parker be dismissed from this case.

**DONE AND ORDERED** this 4th day of June 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge