IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CONRAAD HOEVER,

    Plaintiff,

v.                                         CASE NO. 5:11-cv-254-MP-GRJ

KENNETH S. TUCKER, et al.,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 28, Defendants' First Motion For Enlargement of Time and Motion for Consolidated Date To Respond To Plaintiff's Complaint.  Defendants Kenneth Tucker, Clifford Neel, Halbert Andrews, Clarence Chason, Charlotte Clemmons, Alvin Edinfield, Michael Griffin, Jeral Hall, Darryl O'Bryan, Sherrie Porter, Robin Reeder, and Teddy Sykes request an extension of the time to respond to the Second Amended Complaint (Doc. 16) until June 18, 2012. Several of the twelve defendants named as defendants in this case were served on different dates and Defendants' counsel seeks the extension to allow him to file a combined response to the Second Amended Complaint on behalf of the twelve Defendants named above.

    Upon due consideration, it is **ORDERED:**

    1.    Defendants' First Motion For Enlargement of Time and Motion for Consolidated Date To Respond To Plaintiff's Complaint, Doc. 28, is **GRANTED.**

    2.    Defendants Kenneth Tucker, Clifford Neel, Halbert Andrews, Clarence Chason, Charlotte Clemmons, Alvin Edinfield, Michael Griffin, Jeral Hall, Darryl O'Bryan, Sherrie Porter, Robin Reeder, and Teddy Sykes shall file

their responses to Plaintiff's Amended Complaint **on or before June 18, 2012.**

**DONE AND ORDERED** this 5th day of June 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 5:11-cv-254-MP-GRJ*