IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CONRAAD HOEVER,

    Plaintiff,

v.                                    CASE NO. 5:11-cv-254-MP-GRJ

KENNETH S. TUCKER, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 46, Defendants' Second Motion For Enlargement of Time and Motion for Consolidated Date To Respond To Plaintiff's Complaint. Defendants Kenneth Tucker, Clifford Neel, Halbert Andrews, Clarence Chason, Charlotte Clemmons, Alvin Edinfield, Michael Griffin, Jeral Hall, Darryl O'Bryan, Sherrie Porter, Robin Reeder, Teddy Sykes, Addison Summers, Tamora Baker and Phillip Melvin request an extension of the time to respond to the Second Amended Complaint (Doc. 16) until July 23, 2012. In support of this request, Defendants' counsel advises that Defendants Summers, Baker and Melvin were served after the other twelve Defendants and the extension would allow Defendants' counsel to file a single combined response to the Second Amended Complaint on behalf of all fifteen Defendants named above.

Upon due consideration, it is **ORDERED:**

1. Defendants' Second Motion For Enlargement of Time and Motion for Consolidated Date To Respond To Plaintiff's Complaint, Doc. 46, is **GRANTED.**

2. Defendants Kenneth Tucker, Clifford Neel, Halbert Andrews, Clarence

Chason, Charlotte Clemmons, Alvin Edinfield, Michael Griffin, Jeral Hall, Darryl O'Bryan, Sherrie Porter, Robin Reeder, Teddy Sykes, Addison Summers, Tamora Baker and Phillip Melvin shall file their responses to Plaintiff's Amended Complaint **on or before July 23, 2012.**

**DONE AND ORDERED** this 19th day of June 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge