**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CONRAAD L HOEVER,

    Plaintiff,

v.                                      CASE NO. 5:11-cv-00254-MP-GRJ

H ANDREWS, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 23, 2013. (Doc. 64). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff filed objections, Doc. 65, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C).

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendants' motion to sever, Doc. 52, is GRANTED in part and DENIED in part. Plaintiffs' claims against all defendants—except the claims against Defendants Parker, Tripp, Andrews, Griffin, Sykes, and Clemons for retaliation, and Fourteenth Amendment claims related to Plaintiff's work assignment against Defendants Parker, Tripp, Andrews, Sykes, and Clemons—are severed and

      dismissed due to misjoinder.

3.    Plaintiff's claims against Defendants Porter, Neel, and Tucker are dismissed for failure to state a claim upon which relief can be granted.

4.    Plaintiff's motion for leave to file a Third Amended Complaint, Doc. 57, to add claims relating to his current place of incarceration is denied. However, Plaintiff is directed to file a Third Amended Complaint which includes only the claims against Defendants Parker, Tripp, Andrews, Griffin, Sykes, and Clemons for retaliation, and Fourteenth Amendment claims related to Plaintiff's work assignment against Defendants Parker, Tripp, Andrews, Sykes, and Clemons. Any amended complaint should be filed by Tuesday, April 30, 2013.

**DONE AND ORDERED** this _28th_ day of March, 2013

                                        *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge