# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CONRAAD L HOEVER,

    Plaintiff,

v.                                      CASE NO. 5:11-cv-00254-MP-GRJ

EDWIN BUSS, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 80, the Report and Recommendation of the Magistrate Judge; Doc. 84, Motion to strike proposed Third Amended Complaint; and Doc. 86, a motion to substitute the latest proposed amended complaint and to direct the defendants to answer. Upon consideration, the Court agrees with the Magistrate Judge that plaintiff was given numerous chances to comply with the Court's directives and file a complaint in which the claims were properly set out. Despite these chances, none of the amended complaints, including the one proposed at Doc. 81, comply with the Court's orders. Additionally, the proposed amended complaint at Doc. 81 would be untimely in any event. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted, and this case is dismissed with prejudice for failure to follow the orders of the Court.

    2.    The motion to strike at Doc. 84 is thus DENIED as moot.

    3.    The motion at Doc. 86 is DENIED in its entirety.

    **DONE AND ORDERED** this _29th_ day of October, 2013

                                      *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge